UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20274
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD DEAN GARLICK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
Civil Docket #H-97-CR-188-1
_____

February 12, 2001

Before REYNALDO G. GARZA, DAVIS, and JONES, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal in light of the briefs and pertinent portions of the record.  Having done so, we find no reversible error of fact or law and affirm the upward departure for essentially the reasons stated by the district court.

**AFFIRMED.**

_____

[*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.